**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

CHRISTINE RANERI,

                      Plaintiff,

     v.                                              No. 13-CV-1320
                                                        (TJM/CFH)
HUDSON VALLEY COMMUNITY COLLEGE;
HUDSON VALLEY COMMUNITY COLLEGE
BOARD OF TRUSTEES,

                      Defendants.

---

**CHRISTIAN F. HUMMEL**
**U.S. MAGISTRATE JUDGE**

## ORDER

On October 23, 2013, Plaintiff filed a complaint with the United States District Court for the Northern District of New York. Dkt. No. 1. The Plaintiff in this action is Christine Raneri. As the undersigned has a potential conflict involving this matter as I have a long personal relationship with Plaintiff's family, this case must be reassigned to another Magistrate Judge.[1] See 28 U.S.C. § 455.

**WHEREFORE,** it is hereby

**ORDERED,** that the undersigned disqualifies himself from assignment in this case in accordance with General Order 12(G)(7) and 42 U.S.C. § 455, and it is further

**ORDERED,** that in accordance with General Order 12(G)(2), the Clerk of the Court shall reassign this case at random and provide this Court with a debit in the appropriate category;

---

[1] The Court notes that Magistrate Judge Randolph F. Treece has a similar potential conflict involving this matter.

and it is further

      **ORDERED,** that the Clerk of the Court shall serve this Order upon the parties who are in this action.

**IT IS SO ORDERED**.

Dated: January 8, 2014
       Albany, New York

*[signature]*
Christian F. Hummel
U.S. Magistrate Judge